v.

**DREAMWORKS ANIMATION SKG, INC., Appellee.**

No. 2014–1380.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2015.

**ODORSTAR TECHNOLOGY LLC, and Kinpak, Plaintiffs–Appellants,**

v.

**SMM DISTRIBUTORS LLC, and SMM Manufacturing, Inc., Defendants–Appellees.**

No. 2014–1417.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2015.

Patrick J. Coyne, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of New York, NY, argued for plaintiff-appellants.

Edward A. Pennington, Smith, Gambrell & Russell, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were John P. Moy and Sean T.C. Phelan.

DYK, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**